# United States District Court
# Western District of North Carolina
# Statesville Division

|  |  |
|---|---|
| Lisa M. Plemons**,** | JUDGMENT IN CASE |
| Plaintiff(s), | 5:19-cv-00056-FDW |
| vs. |  |
| Andrew M. Saul |  |
| Defendant(s). |  |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 13, 2020 Order.

August 13, 2020

Frank G. Johns, Clerk
United States District Court